IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHAD EUGENE PHILLIPS,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,
EXPERIAN INFORMATION SOLUTIONS
INC., and TRANS UNION, LLC,

    Defendants.

CIVIL ACTION NO.
1:18-cv-00456-CG-B

**ORDER GRANTING JOINT MOTION TO
EXTEND EXPERT AND DISCOVERY DEADLINES ONLY**

The parties' Joint Motion to Extend Deadlines in Scheduling Order seeking to extend expert, completion of discovery, and dispositive motions deadlines set forth in this Court's Scheduling and Docket Control Order [Dkt. 31] is granted. The new deadlines are:

| | |
|---|---|
| Plaintiff's Expert Deadline | July 7, 2019 |
| Defendant's Expert Deadline | August 7, 2019 |
| Discovery Deadline | September 6, 2019 |
| Dispositive Motion Deadline | September 27, 2019 |

SIGNED on this _____ day of _____ 2019.

_____
SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE