# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHAD EUGENE PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 18-456-CG-B |
| ) | |
| USAA FEDERAL SAVINGS BANK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice (Doc. 67), all claims of Plaintiff Chad Eugene Phillips against the Defendant USAA Federal Savings Bank in this action are hereby **DISMISSED with prejudice**. Each party shall bear his or its own costs.

There being no further claims pending, the Clerk of Court is directed to close this case on the Court's docket.

**DONE and ORDERED** this 9th day of October, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE